On appellant's petition for reconsideration filed July 17, petition for reconsideration allowed; former opinion (107 Or App 167, 811 P2d 654) modified and adhered to as modified August 28, 1991

In the Matter of the Marriage of

Vonetta Ruth BURNS,
*Respondent,*

*and*

Russell Lee BURNS,
*Appellant.*

(88-3480; CA A65331)

816 P2d 695

Michael A. Yates, Mark A. Johnson and Gevurtz, Menashe, Hergert, Larson & Kurshner, P.C., Portland, for petition.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J.

**PER CURIAM**

Husband petitions for review of our opinion. 107 Or App 167, 811 P2d 654 (1991). We treat the petition as a petition for reconsideration and allow it. ORAP 9.15.

Husband contends that this portion of our opinion is inappropriate with respect to prejudgment interest:

"A money judgment against husband in the amount of $12,500, plus interest at a rate of 9 percent per annum from date of trial, to be paid in full before June 8, 1997, with monthly installments of a minimum of $285 beginning on June 8, 1992." 107 Or App at 171.

We agree. The opinion is modified, as husband requests, to allow interest only from the date of the entry of the trial court judgment. We delete the quoted language and substitute the following:

"A money judgment against husband in the amount of $12,500, plus interest at a rate of 9 percent per annum from the date of the entry of the trial court judgment, to be paid in full before May 11, 1997, with monthly installments of a minimum of $285 beginning on May 11, 1992."

Petition for reconsideration allowed; former opinion modified and adhered to as modified.